# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

## Minute Entry

### Hearing Information:

**Debtor**: REINALDO CRESPO VAZQUEZ and WANDELYNE MALDONADO MEJIAS
**Case Number**: 08-07455-BKT7   **Chapter:** 7
**Date / Time / Room**: 2/22/2011 2:00 PM
**Bankruptcy Judge**: BRIAN K. TESTER
**Courtroom Clerk**: CARMEN B. FIGUEROA
**Reporter / ECR**: ADA LOPEZ

### Matter:

Evidentiary Hearing under 11 USC § 707(b)(3) (#30) (#46)

### Appearances:

LYSSETTE A MORALES VIDAL, ATTORNEY FOR DEBTORS
JOSE DIAZ, ATTORNEY FOR THE UNITED STATES TRUSTEE
JUAN MILANES, ATTORNEY FOR DEBTORS

### Proceedings:

Before commencing today's hearing, the Court allowed the parties time to meet and resolve the matter. After the meeting, the debtors decided to reconsider their position and requested the conversion of the case to Chapter 13.

**ORDER**

The case is hereby converted to Chapter 13.

SO ORDERED.

/S/BRIAN K. TESTER
U.S. Bankruptcy Judge