IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE<br>REINALDO CRESPO VAZQUEZ &<br>WANDELYN MALDONADO MEJIAS<br><br>SSN #xxx-xx-7309/xxx-xx-5614<br><br><u>DEBTORS</u> | CASE NO. 08-07455 BKT<br>CHAPTER 7 |

DEBTORS' REPLY TO TRUSTEE'S MOTION TO DISMISS

TO THE HONORABLE COURT:

COME NOW the above-named debtors through the undersigned counsel, and respectfully represent:

1. By motion filed on June 23, 2011, the C13 Trustee has requested the dismissal of the instant case for debtors' imputed failure to comply with the various requests made by the Trustee at the §341 meeting. (Dockets ## 81 & 82).

2. Generally, a debtor's failure to acquiesce with a request made by the Trustee at the DISMISS §341 meeting should not by itself warrant dismissal of the case, as sometimes these requests have proven fallible.

3. In any event, debtors respectfully submit that they will address the concerns voiced by the trustee at the §341 meeting in due course, in time for the confirmation hearing that has not yet been scheduled in this case.

**WHEREFORE**, debtors respectfully request that the motion to dismiss filed by the trustee on June 23, 2011 be DENIED.

Respectfully submitted in Caguas, Puerto Rico, this July 24, 2011.

**CERTIFICATE OF SERVICE**: I hereby certify that on July 24, 2011 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all registered parties and specifically to C13 Trustee, aorecf@ch13-sju.com..

*s/ L.A. Morales*

L. A. MORALES
USDC 121100
URB VILLA BLANCA
CAGUAS, PUERTO RICO 00725-1908
TEL.: 746-2434 FAX: 258-2658
E-MAIL: lamoraleslawoffice@gmail.com